## U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:25–cv–01817–WJM

Lee v. 21st Century Media Newspaper, LLC et al  
Assigned to: Judge William J. Martinez  
Cause: 17:501 Copyright Infringement

Date Filed: 06/11/2025  
Date Terminated: 10/16/2025  
Jury Demand: Plaintiff  
Nature of Suit: 820 Copyright  
Jurisdiction: Federal Question

**Plaintiff**

**Jackson Lee**     represented by    **James Harris Freeman**  
Sanders Law Group  
333 Earle Ovington Boulevard  
Suite 402  
Uniondale, NY 11553  
516–203–7600  
Fax: 516–203–7601  
Email: jfreeman@sanderslaw.group  
*ATTORNEY TO BE NOTICED*

**Craig Benjamin Sanders**  
Sanders Law Group  
333 Earle Ovington Boulevard  
Suite 402  
Uniondale, NY 11553  
516–203–7600  
Fax: 516–282–7878  
Email: csanders@sanderslaw.group  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**MediaNews Group, Inc.**  
*TERMINATED: 10/14/2025*

represented by **Peter E. Perkowski**  
Perkowski Legal PC  
515 South Flower Street  
Suite 1800  
Los Angeles, CA 90071  
213–340–5796  
Email: peter@perkowskilegal.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**21st Century Media Newspaper, LLC**    represented by    **Peter E. Perkowski**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| ORB Publishing, LLC | | represented by **Peter E. Perkowski**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2025 | Ï 1 | COMPLAINT against MediaNews Group, Inc. (Filing fee $ 405,Receipt Number ACODC−10385598)Attorney Craig Benjamin Sanders added to party Jackson Lee (pty:pla), filed by Jackson Lee. (Attachments: # 1 Exhibit Original Photographs, # 2 Exhibit Infringing Uses of the Photographs, # 3 Civil Cover Sheet, # 4 Summons)(Sanders, Craig) (Entered: 06/11/2025) |
| 06/11/2025 | Ï 2 | NOTICE by Plaintiff Jackson Lee (Sanders, Craig) (Entered: 06/11/2025) |
| 06/11/2025 | Ï 3 | Report re Copyright: Report on the filing of an action emailed separately to the Director of the Copyright Office. (efoga, ) (Entered: 06/11/2025) |
| 06/11/2025 | Ï 4 | Case assigned to Magistrate Judge Timothy P O'Hara. Text Only Entry (efoga, ) (Entered: 06/11/2025) |
| 06/11/2025 | Ï 5 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (efoga, ) (Entered: 06/11/2025) |
| 06/17/2025 | Ï 6 | NOTICE of Entry of Appearance by James Harris Freeman on behalf of Jackson Lee Attorney James Harris Freeman added to party Jackson Lee (pty:pla) (Freeman, James) (Entered: 06/17/2025) |
| 06/18/2025 | Ï 7 | SUMMONS Returned Executed by Jackson Lee. MediaNews Group, Inc. served on 6/17/2025, answer due 7/8/2025. (Sanders, Craig) (Entered: 06/18/2025) |
| 07/07/2025 | Ï 8 | NOTICE of Entry of Appearance by Peter E. Perkowski on behalf of MediaNews Group, Inc. Attorney Peter E. Perkowski added to party MediaNews Group, Inc. (pty:dft) (Perkowski, Peter) (Entered: 07/07/2025) |
| 07/07/2025 | Ï 9 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint, by Defendant MediaNews Group, Inc.. (Attachments: # 1 Declaration of Peter Perkowski, # 2 Proposed Order (PDF Only))(Perkowski, Peter) (Entered: 07/07/2025) |
| 07/08/2025 | Ï 10 | MINUTE ORDER by Magistrate Judge Timothy P. O'Hara on 07/08/2025. Defendants Consent Motion for 30−day Extension of Time for Defendant to Respond to the Complaint [ECF 9 ] is **granted**. Defendant shall file an Answer or otherwise respond **on or before August 7, 2025**.(ggill, ) (Entered: 07/08/2025) |
| 07/29/2025 | Ï 11 | MINUTE ORDER by Magistrate Judge Timothy P. O'Hara on 7/29/2025. The above captioned case has been directly assigned to Magistrate Judge O'Hara pursuant to D.C.COLO.LCivR 40.1. The Parties shall complete and file the Magistrate Judge Consent Form [ECF 5−1] on or before **November 5, 2025**. The Court will hold the Fed. R. Civ. P. 16(b) Scheduling Conference on **November 19, 2025, at 9:30 a.m. MST** in Courtroom C−402, on the fourth floor of the Byron G. Rogers United States Courthouse located at 1929 Stout Street, Denver, Colorado. Although the Court generally prefers in−person appearances, remote appearances will be permitted because Counsels for both Parties are not local to the Denver Metropolitan area. Counsel wishing to appear remotely shall refer to the video conference instructions attached to this minute order. **No later than seven days** before the Scheduling Conference, the Parties shall (1) file their Proposed Scheduling Order onto the case docket sheet and (2) **jointly email a Word copy of the proposed Scheduling Order, copying all Parties, to Chambers at** o'hara_chambers@cod.uscourts.gov. (ggill, ) (Entered: 07/29/2025) |
| 10/13/2025 | Ï 12 | STIPULATION *under FRCP 15(a)(2) − Proposed Amended Complaint* by Plaintiff Jackson Lee. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Proposed Amended Complaint)(Freeman, James) (Entered: 10/13/2025) |
| 10/14/2025 | Ï 13 | MINUTE ORDER by Magistrate Judge Timothy P. O'Hara on 10/14/2025. This matter is before the Court upon Plaintiff's Stipulation under Fed. R. Civ. P. 15(a)(2) requesting the Court's leave to amend the complaint. ECF 12 . The First Amended Complaint [ECF 12−1] is **accepted as filed**. The Clerk of Court is directed to (1) docket the Amended Complaint at ECF 12−1 as a separate entry, and (2) update the case caption to terminate MediaNews Group, Inc. as a Defendant and to reflect the newly named Defendants. (ggill, ) (Entered: 10/14/2025) |
| 10/14/2025 | Ï 14 | FIRST AMENDED COMPLAINT against 21st Century Media Newspaper, LLC, ORB Publishing, LLC, filed by Jackson Lee. (ggill, ) (Entered: 10/14/2025) |
| 10/15/2025 | Ï 15 | Unopposed MOTION to Transfer Case *to the Southern District of New York* by Defendants 21st Century Media Newspaper, LLC, ORB Publishing, LLC. (Attachments: # 1 Declaration of Peter Perkowski, # 2 Proposed Order (PDF Only))(Perkowski, Peter) (Entered: 10/15/2025) |
| 10/15/2025 | Ï 16 | MINUTE ORDER by Magistrate Judge Timothy P. O'Hara on 10/15/2025. In light of Defendants' Consent Motion to Transfer Venue to the Southern District of New York [ECF 15 ], the Court directs the Clerk of Court to **reassign** this matter to a District Judge because the Parties have not expressed consent to Magistrate Judge Jurisdiction. See D.C.COLO.LCivR 40.1(c)(3)(b). (Case randomly reassigned to Judge William J. Martinez and drawn to Magistrate Judge Timothy P. O'Hara for all further proceedings. All future pleadings shall be designated to 25−cv−01817−WJM). (ggill, ) (Entered: 10/15/2025) |
| 10/16/2025 | Ï 17 | ORDER GRANTING CONSENT MOTION TO TRANSFER VENUE TO SOUTHERN DISTRICT OF NEW YORK SO ORDERED by Judge William J. Martinez on 10/16/2025.(jrobe, ) (Entered: 10/16/2025) |